JS 44 (Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**ORIGINAL**

**(a) PLAINTIFFS**
Jill Scott and Stuart Scott, Individually and as Next Friends of Madison Scott

**DEFENDANTS**
Baylor University Medical Center

3-02CV 1265R
JUN 17 2002
C.F...
NORTHERN DIST. OF TEXAS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Collin
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Dallas
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)
Frank Branson - Attorney in Charge
4514 Cole Ave. 18th Floor
Dallas, TX 75205
Alice Oliver-Parrott - Guardian Ad Litem

ATTORNEYS (IF KNOWN) (SEE SUPPLEMENT CIVIL COVER SHEET)
James M. (Mac) Stewart - Attorney in Charge
John A. Scully

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury - Med Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl Ret Inc Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. § 1331 and 28 U.S.C. § 263(a)    Removal of state court lawsuit.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P 23

**DEMAND $**

CHECK YES only if demanded in complaint.
**JURY DEMAND:** ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE: 6/17/02

SIGNATURE OF ATTORNEY OF RECORD: /s/ J. A. Scully

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG JUDGE _____

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JUN 17 2002

CLERK, U.S. DISTRICT COURT
By_____
     Deputy

| | | |
|---|---|---|
| JILL SCOTT AND STUART SCOTT, INDIVIDUALLY AND AS NEXT FRIENDS OF MADISON SCOTT, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | NO. _____ |
| BAYLOR UNIVERSITY MEDICAL CENTER d/b/a THE KIMBERLY H. COURTWRIGHT & JOSEPH SUMMERS INSTITUTE OF METABOLIC DISEASE | § § § § § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**PLEASE TAKE NOTICE** that Baylor University Medical Center, Defendant in the above entitled and numbered cause, pursuant to 28 U.S.C. §§ 1441(b), 1446(b), 1331 and 263(a) hereby removes to this Court the state court action described below.

### I. INTRODUCTION

1. On June 7, 2002, Plaintiffs filed their Third Supplemental Petition in the above-referenced case. The Third Supplemental Petition is the first pleading that raises a federal question. Copies of Plaintiffs' live pleadings and the entire state court file is being filed concurrently with the Notice of Removal. 28 U.S.C. § 1446(a). An Index to Documents is attached hereto as Exhibit "A."

2. This Notice of Removal is filed within thirty (30) days of receipt of service of said supplemental petition. Accordingly, this removal is timely filed under 28 U.S.C. § 1446(b). This action is removed pursuant to 28 U.S.C. § 1441(b) as an action over which this Court has original jurisdiction under 28 U.S.C. §1331.

3. Venue is proper in this division and district for the reason that Plaintiff's Petition was filed in Dallas County, Texas, which is within the Dallas Division of the United States District Court for the Northern District of Texas. 28 U.S.C. § 124(a)(2).

4. This is a medical malpractice suit filed in 2000 by Plaintiffs for negligence in connection with a supplemental newborn screening program. Despite the fact that this case has been on file for two years, in the Third Supplemental Petition, Plaintiffs have alleged for the first time that Defendant committed negligence by "failing to comply with CLIA" (the Clinical Laboratory Improvement Act), a federal statute codified at 28 U.S.C §263(a). See Petition at page 7, paragraph 8.04 (K). Because Plaintiffs now allege that Defendant violated a federal statute, this case now arises under federal law and is removable to federal court.

5. Under 28 U.S.C. § 1441(c), removal is permitted of entire cases where this Court has original jurisdiction as to any claim against any defendant. Accordingly, so long as one of Plaintiffs' claims against this Defendant is subject to federal jurisdiction, this Court can take jurisdiction over the entire case. Therefore, based on the claims asserted in Plaintiffs' Third Supplemental Petition, this action is removed on the following independent grounds:

(a) This is a civil action of which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 263a. One or all of Plaintiffs' claims against this Defendant

arises under and are within the scope of 28 U.S.C. § 263a, the Clinical Laboratory Improvement Act ("CLIA")

6.   This suit is also removed under 28 U.S.C. § 1441(b), because one or all of Plaintiffs' claims against this Defendant cannot be determined without reference to or interpretation of federal law. Thus, the case turns on the construction of federal law and arises under federal law. *City of Chicago v. International College of Surgeons*, 118 S. Ct. 523, 529-30 (1997).

7.   No previous application has been made for the relief prayed for in this Notice.

8.   In filing this Notice of Removal, Defendant does not waive and expressly reserves all objections and defenses which it may have under Rule 12(b) of the Federal Rules of Civil Procedure and any other rules applicable to this action.

9.   Written notice of the filing of this Notice of Removal will be given to Plaintiff and a copy of this Notice will be forthwith filed with the clerk of the County Court at Law Number 5 in Dallas County, Texas.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By : _____
        JOHN A. SCULLY
        Texas Bar No. 17936500

900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone : 214-712-9503
Facsimile : 214-712-9540

JAMES M. (MAC) STEWART
Texas Bar No. 19211100
**STEWART & STIMMEL, L.L.P.**
1701 Market Street
Suite 318, LB 18
Dallas, Texas 75202
Telephone : (214) 752-6995
Facsimile : (214) 752-6929

**ATTORNEYS FOR DEFENDANT BAYLOR UNIVERSITY MEDICAL CENTER**