IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JILL SCOTT AND STUART SCOTT, § <br> INDIVIDUALLY AND AS NEXT § <br> FRIENDS OF MADISON SCOTT, § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> BAYLOR UNIVERSITY MEDICAL § <br> CENTER d/b/a THE KIMBERLY H. § <br> COURTWRIGHT & JOSEPH SUMMERS § <br> INSTITUTE OF METABOLIC DISEASE, § <br> Defendant. § | Civil Action No. <br> 3:02-CV-1265-R |

## ORDER

After making an independent review of the pleadings, files, and records in this case and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are adopted as the Findings and Conclusions of the Court. Accordingly, the Plaintiffs' motion to remand is **GRANTED** and the case is **REMANDED** to the County Court at Law No. 5 of Dallas County, Texas.

SIGNED AND ENTERED this 22 day of July, 2002.

_____
UNITED STATES DISTRICT JUDGE